FILED
CLERK, U.S. DISTRICT COURT
JUNE 8, 2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AF___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LORENZO SANCHEZ-DIAMOND, <br><br> Defendant. | Case No.  CR 16-00744-DSF <br><br> ORDER OF DETENTION <br><br> [Fed. R. Crim. P. 32.1(a)(6); <br> 18 U.S.C. § 3143(a)(1)] |

## I.

On June 8, 2023, Defendant made his initial on the petition for revocation of supervised release and warrant for arrest issued on April 14, 2023. Deputy Federal Public Defender ("DFPD"), Kim Savo, was appointed to represent Defendant. DFPD Lilian Chu specially appeared for DFPD Savo. The government was represented by Assistant U.S. Attorney Sarah Spielberger. A detention hearing was held.

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ the petition alleges that Defendant failed to comply with supervised release conditions by being arrested for, and charged with, conspiracy, assault, cruelty to child and impersonation of a police officer, after he left the Central District of California without permission.

☒ the petition alleges that Defendant failed to report his contact with law enforcement regarding his arrest

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ allegations in the petition (see above);

☒ criminal history includes convictions for impersonating a law enforcement officer.

## III

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: June 8, 2023

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE